1   BLANK ROME LLP
    Caroline P. Donelan (SBN 268762)
2   CDonelan@BlankRome.com
    2029 Century Park East, 6th Floor
3   Los Angeles, CA 90067
    Tel:   424.239.3400
4   Fax:   424.239.3434

5   BLANK ROME LLP
    Naki Margolis (SBN 94120)
6   NMargolis@BlankRome.com
    555 California Street, Suite 4925
7   San Francisco, CA 94104
    Tel:   510.328.1815
8   Fax:   415.358.5635

9
    Attorneys for Defendants
10  AMERISOURCEBERGEN CORP. and
    WORLD COURIER GROUND, INC.
11

12                  **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14

15

16  OBIE BANAWIS-OLILA,                          Case No. 3:16-cv-00982

                          Plaintiff,             **DEFENDANTS' NOTICE OF**
17                                               **REMOVAL OF CIVIL ACTION**
                                                 **TO THE UNITED STATES**
          vs.                                    **DISTRICT COURT  PURSUANT**
18                                               **TO 28 U.S.C. §§ 1332 AND 1441**
    WORLD COURIER GROUND, INC.,
19  AMERISOURCEBERGEN                            [*Filed concurrently with civil cover*
    CORPORATION, and DOES 1 through 200,        *sheet; notice of related cases;*
20  inclusive,                                   *certification of interested entities or*
                                                 *persons; and certificate of service*]
21                        Defendants.

22

23

24

25

26

27

28

138990.00607/101953558v.1