UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OBIE BANAWIS-OLILA,

    Plaintiff,

    v.

WORLD COURIER GROUND, INC., et al.,

    Defendants.

Case No. 16-cv-00982-PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

The date for filing dispositive motions having passed and no motion having been filed, pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference by June 14, 2017.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

    **IT IS SO ORDERED.**

Dated: March 10, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J